DAYSI FERNANDEZ
11545 N W 92ND AVE
HIALEAH, FL 33018

OB015

0014849707



March 18, 2014

DAYSI FERNANDEZ
11545 N W 92ND AVE
HIALEAH, FL  33018

Account Number:
Property Address:   11545 N W 92ND AVE
                    HIALEAH, FL  33018

Dear Customer(s):

The enclosed communication has been directed under a state or federal law or program.

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has been discharged, dismissed, or is subject to an automatic stay of bankruptcy order under Title 11 of the United States Code. This notice and the enclosed documents are for compliance and informational purposes only and do not constitute a reaffirmation of your obligation, a demand for payment, or an attempt to collect such obligation.

Even though your personal liability on the note may be discharged, dismissed, or subject to an automatic stay, the terms of the mortgage remain in effect. The owner of the mortgage, as lien holder, continues to have an enforceable lien on the real property. We are writing to you regarding account activity that may result in the lien holder exercising its rights under the lien. If the lien rights are enforced, you may lose your interest in the real property.

If you have any questions or concerns, please contact our Customer Service Department. Our toll-free number is (800) 258-8602, and representatives are available Monday through Friday between the hours of 7 a.m. and 8 p.m., and Saturday from 8 a.m. to 12 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta llamando al teléfono 1-800-831-0118 y marque la opción 2.

This information is intended for informational purposes only and is not considered an attempt to collect a debt.

OB015

Page 1 of 8




*You may be able to make your payments more affordable.*
### Act now to get the help you need!
Call 1.888.818.6032 for Immediate Assistance.

**SPS | SELECT Portfolio SERVICING, inc.**

March 18, 2014

DAYSI FERNANDEZ
11545 N W 92ND AVE
HIALEAH, FL 33018

Account Number:
Property Address: 11545 N W 92ND AVE
HIALEAH, FL 33018

Dear Customer(s),

**Congratulations!** You are approved to enter into a trial period plan under the Home Affordable Modification Program. This is the first step toward qualifying for more affordable mortgage payments. Please read this letter so that you understand all the steps you need to take to modify your mortgage payments.

**What you need to do…**
To accept this offer, you must make your first monthly "trial period payment." To qualify for a permanent modification, you must make the following trial period payments in a timely manner:

> 1st payment: $1,090.17 by 05/01/2014
> 2nd payment: $1,090.17 by 06/01/2014
> 3rd payment: $1,090.17 by 07/01/2014

After all trial period payments are timely made and you have submitted all the required documents, your mortgage will be permanently modified. (Your existing loan and loan requirements remain in effect and unchanged during the trial period.) **If each payment is not received by Select Portfolio Servicing, Inc. (SPS) in the month in which it is due, this offer will end and your loan will not be modified under the Making Home Affordable Program.**

Overnight payments can be mailed directly to:

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
3815 South West Temple
Salt Lake City, UT 84115-4412

**If remitting payment via Western Union Quick Collect, please reference the loan number and deliver to Code City: Oswald; Code State: UT.**

Your assigned Relationship Manager, Kristi Glissmeyer, can be reached toll free at (866) 820-6218 Ext. 46171 or by email at relationshipmanager@spservicing.com.

At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any

OB015

questions or if you cannot afford the trial period payments shown above but want to remain in your home, or if you have decided to leave your home but still want to avoid foreclosure, please call us at **1.888.818.6032** as we may be able to help you. (Also, please review the attached "Frequently Asked Questions.")

Sincerely,

Select Portfolio Servicing, Inc.

Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingues están a su disposición para contestar cualquier pregunta llamando al teléfono (800) 831-0118 y marque la opción 2.

This information is intended for informational purposes only and is not considered an attempt to collect a debt.

Attachments: (1) Frequently Asked Questions and (2) Additional Trial Period Plan Information and Legal Notices

 

March 18, 2014

DAYSI FERNANDEZ
11545 N W 92ND AVE
HIALEAH, FL 33018

RE: Modificación de Cuenta n.º:

Dirección de la propiedad:   11545 N W 92ND AVE
                             HIALEAH, FL 33018

Estimado NELSON LEYVA and DAYSI FERNANDEZ :

Felicitaciones por dar los pasos necesarios para modificar su hipoteca. Al trabajar con Select Portfolio Servicing, Inc.(SPS), usted está en el camino hacia el pago de una hipoteca más asequible.

Ahora que SPS ha aprobado su cuenta para un Plan de Período de Prueba, es elegible para recibir entrenamiento financiero gratuito. SPS está trabajando con la Fundación de Preservación de la Propiedad de la Vivienda (HPF, por sus siglas en inglés) para brindarle entrenamiento financiero a fin de promover su salud financiera general y el éxito financiero a largo plazo.

HPF es un independiente organización nacional sin fines de lucro que se especializa en la educación del consumidor sobre la vivienda. Además, HPF trabaja para ayudar a los propietarios de una vivienda a estar mejor preparados para tomar las importantes decisiones financieras que les pueden ayudar a permanecer en sus hogares. HPF y sus agencias de asesoramiento de viviendas aprobadas por el Departamento de Vivienda y Desarrollo Urbano (HUD, por sus siglas en inglés) ya han ayudado a más de cinco millones de propietarios como usted.

Esta oportunidad de entrenamiento financiero está a su disposición de manera absolutamente GRATUITA. Como parte del programa, aprenderá acerca de:

- **reducción de deudas** y soluciones prácticas para la administración de gastos;
- **consejos sobre el presupuesto**, incluidas las mejores formas de administrar las finanzas del hogar, los pagos de hipoteca y otras obligaciones financieras;
- **desarrollo de un plan de acción personalizado** para ayudarle a alcanzar sus objetivos financieros a corto y a largo plazo.

HPF le conectará con un entrenador financiero, que trabajará con usted para personalizar el programa a fin de satisfacer sus necesidades específicas y debatir sobre los temas que desee aprender. Asimismo, su entrenador financiero le proporcionará un paquete completo de información que detallará sus conversaciones y le otorgará acceso a recursos que pueden ayudarle a mantenerlo en camino para alcanzar sus objetivos financieros.

Dentro de los próximos días, recibirá una llamada de SPS con respecto al programa de entrenamiento financiero. O, si desea empezar a comenzar tu entrenamiento financiero inmediatamente, puede contactar directamente a HPF al (855) 306-1552 (de lunes a viernes, de 7 a. m. a 8 p. m. hora del este) para empezar.

OB015

Page 1 of 2

Ya ha comenzado a mejorar su futuro financiero. Deseamos que dé el siguiente paso y aproveche esta oportunidad única y los distintos beneficios del entrenamiento financiero independiente de HPF.

Si tiene alguna pregunta sobre su cuenta o sobre esta oportunidad de trabajar con HPF, puede comunicarse con su SPS Gerente de Relaciones asignado, Kristi Glissmeyer, al número gratuito (866) 820-6218 Ext. 46171 o por correo electrónico al relationshipmanager@spservicing.com.

En SPS, cualquiera de nuestros representantes de servicios de entrenamiento le pueden ayudar con respuestas a sus preguntas sobre el estado o el historial de su cuenta, o cualquiera de nuestras opciones de resolución de préstamos disponibles. Si tiene alguna duda o inquietud, póngase en contacto con SPS. Nuestra línea telefónica gratuita es (888) 818-6032 y los representantes están disponibles de lunes a viernes, de 8 a. m. a 11 p. m., los viernes de 8 a. m. a 9 p. m. y los sábados de 8 a. m. a 2 p. m., hora del este.

Atentamente,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta llamando al teléfono (800) 831-0118 y marque la opción 2.**

**El propósito de esta información es solo informativo, y no se considera como un intento de recolectar una deuda.**

O8015

### FREQUENTLY ASKED QUESTIONS

**Q. What else should I know about this offer?**

- If you make your new payments timely **we will not conduct a foreclosure sale.**
- You will not be charged any fees for this trial period plan or a permanent modification.
- If your loan is modified, we will waive all unpaid late charges.
- Your credit score may be adversely affected by accepting a trial period plan. The impact of a permanent modification on a credit score depends on the homeowner's entire credit profile. For more information about your credit score, go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.
- You may be required to attend credit counseling.

**Q. Why is there a trial period?**

The trial period offers you immediate payment relief and gives you time to make sure you can manage the lower monthly mortgage payment. The trial period is temporary, and your existing loan and loan requirements remain in effect and unchanged during the trial period.

**Q. How was my new payment in the trial period determined?**

Your trial period payment is approximately 31% of your total gross monthly income, which we determined to be $3,509.08 based upon the income documentation you provided. If the loan is successfully modified, your new payment also will be based on 31% of your gross income. In addition, if your existing payment includes mortgage insurance premiums, this amount will also be added to your payment. If we were able to permanently modify your loan today, we estimate your modified interest rate would be 2.000%. Your final modified interest rate may be different.

The modified payment should be sufficient to pay the principal and interest as well as property taxes, insurance premiums and other permissible escrow fees based on our recent analysis of these costs. Your modified monthly payment may change if your property taxes and insurance premiums change. If you did not have an escrow account before, the timing of your tax and insurance bills may require that you make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your loan has an escrow shortage of $ 819.87; this can either be paid in a lump sum when the loan is modified or over the next 60 months in an amount of $ 13.66 per month in addition to your modified monthly mortgage payment. If you wish to pay the total shortage as a lump sum, please contact us at 1.888.818.6032.

**Q. When will I know if my loan can be modified permanently and how will the modified loan balance be determined?**

Once you make all of your trial period payments on time, we will send you a modification agreement detailing the terms of the modified loan. Any difference between the amount of the trial period payments and your regular mortgage payments will be added to the balance of your loan along with any other past due amounts as permitted by your loan documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment as that is determined based on your total monthly gross income, not your loan balance.

**FREQUENTLY ASKED QUESTIONS**

Q. **Are there incentives that I may qualify for if I am current with my new payments?**

Once your loan is modified, you can earn a pay-for-success incentive for every month that you make on-time payments beginning with the trial period payments. Depending on your modified monthly payment, you may accrue up to $1,000 each year for five years for a maximum of $5,000. This important benefit, *which will be applied to your principal balance each year after the anniversary date of your first trial period payment due date,* will help you earn equity in your home by reducing the amount that you owe. However, you must remain current on your loan. You will lose this benefit if your modified loan loses good standing, which means that the equivalent of three full monthly payments are due and unpaid on the last day of any month, at any time during this five year period. If you lose this benefit, you will lose all accrued, unapplied incentive payments.

In addition, once your loan is permanently modified, you may be eligible to have some of your principal forgiven on a deferred basis. So long as your modified loan remains in good standing, we will forgive $124,399.54 of the principal balance of your loan each year on the anniversary of your first trial period payment date for three years. You will lose this benefit if your modified loan loses good standing at any time during this three year period, including all accrued and unapplied amounts. Any principal forgiveness will be reported to the Internal Revenue Service and may have tax consequences. Therefore, you are advised to seek guidance from a tax professional. Please contact us at 1.888.818.6032 if you do not want principal forgiveness, we may have other modification options for you.

Q. **Will my interest rate and principal and interest payment be fixed after my loan is permanently modified?**

Once your loan is modified, your interest rate and monthly principal and interest payment will be fixed for the life of your mortgage **unless** your initial modified interest rate is below current market interest rates. In that case, the below market interest rate will be fixed for five years. At the end of the fifth year, your interest rate may increase by 1% per year until it reaches a cap. The cap will equal the market rate of interest being charged by mortgage lenders on the day your modification agreement is prepared (the Freddie Mac Primary Mortgage Market Survey® rate for 30-year fixed-rate conforming mortgages). Once your interest rate reaches the cap, it will be fixed for the remaining life of your loan. Your new monthly payment will include an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of your homeowners insurance, property tax assessment or other escrowed expenses increases, your monthly payment will increase as well.

Q. **What if I have other questions about a Home Affordable Modification that cannot be answered by my mortgage servicer?**

Call the Homeowner's HOPE™ Hotline at **1-888-995-HOPE (4673)**. This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.



Q. **What if I am aware of fraud, waste, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program?**

Please contact SIGTARP at 1.877.SIG.2009 (toll-free), 202.622.4559 (fax) or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and reason for escalation. Mail can be sent to: Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L Street NW, Washington, DC 20220.

OB015

Page 6 of 8

**IMPORTANT PROGRAM INFO** — Here's important information you need to know about the Home Affordable Modification Program.

**Additional Trial Period Plan Information and Legal Notices**

The terms of your trial period plan below are effective on the day you make your first trial period payment, provided you have paid it on or before 05/01/2014. You and we agree that:

**We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the trial period plan**

- Any pending foreclosure action or proceeding that has been suspended may be resumed if you are notified in writing that you failed to comply with the terms of the trial period plan or do not qualify for a permanent modification.

- You agree that the servicer will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that the servicer will not pay your interest on the amounts held in the account. If any money is left in this account at the end of the trial period plan, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.

- The servicer's acceptance and posting of your new payment during the trial period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

**If your monthly payment did not include escrows for taxes and insurance, you are now required to do so:**

- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

**Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:**

- You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the trial period plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

 

March 18, 2014

DAYSI FERNANDEZ
11545 N W 92ND AVE
HIALEAH, FL 33018

RE: Modification of Account No.:

Account:
Property Address:    11545 N W 92ND AVE
                     HIALEAH, FL 33018

Dear NELSON LEYVA and DAYSI FERNANDEZ :

Congratulations on taking the necessary steps to modify your mortgage. By working with Select Portfolio Servicing, Inc. (SPS) you are on your way toward a more affordable mortgage payment.

Now that SPS has approved your account for a Trial Plan Period you are eligible to receive free financial coaching. SPS is working with the Homeownership Preservation Foundation (HPF) to provide you with financial coaching to promote your overall financial health and long-term financial success.

HPF is an independent, national non-profit organization specializing in consumer housing education. In addition, HPF works to help homeowners be better prepared to make the important financial decisions that can help keep them in their homes. HPF and its network of HUD-approved housing counseling agencies have already served more than five million homeowners such as yourself.

This opportunity for financial coaching is available to you absolutely FREE. As part of the program, you will learn about:

- **Reducing debt** and practical solutions for managing expenses
- **Budgeting tips**, including the best ways to manage household finances, mortgage payments, and other financial obligations
- **Developing a personalized action plan** to help you meet your short- and long-term financial goals

HPF will connect you with a financial coach, who will work with you to customize the program to meet your specific needs and discuss the topics you want to learn about. In addition, your financial coach will provide you with a comprehensive package of information that will detail your conversations and provide you with access to resources that can help keep you on track to reach your financial goals.

Within the next several days you will receive a call from SPS regarding the financial coaching program. Or, if you would like to get started and begin your financial coaching right away, you may contact HPF directly at (855) 306-1552 (Monday through Friday, 7 a.m. - 8 p.m. Eastern Time) to begin.

You've already started improving your financial future. We hope you take the next step by taking advantage of this unique opportunity and the many benefits of HPF's independent financial coaching.

OB015



Page 1 of 2

If you have any questions about your account or this opportunity to work with HPF, your assigned SPS Relationship Manager, Kristi Glissmeyer, can be reached toll free at (866) 820-6218 Ext. 46171 or by email at relationshipmanager@spservicing.com.

At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, or any of our available loan resolution options. If you have any questions or concerns, please contact SPS. Our toll-free number is (888) 818-6032, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingues están a su disposición para contestar cualquier pregunta llamando al teléfono (800) 831-0118 y marque la opción 2.

This information is intended for informational purposes only and is not considered an attempt to collect a debt.