**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  CASE NO.: 13-21904-RAM
DAYSI FERNANDEZ  CHAPTER: 13

_____Debtors_____/

### EX- PARTE MOTION TO APPROVE FINAL MODIFCATION WITH SLECT PORTFOLIO SERVICING, INC

The above-referenced Debtor requests the Court enter an Order approving the Final Loan Modification Agreement with Select Portfolio Servicing, Inc ("Lender") and states as follows:

1. The Debtor has been making timely payments to trustee.

2. A Motion to approve Trial Loss Mitigation modification was filed on March 25, 2014 (ECF#67).

3. The Motion to approve Loss Mitigation was granted (ECF#68) on March 27, 2014.

4. Attached is a copy of the Final Loan Modification Agreement entered into between the parties (with all personal identifiers redacted).

**WHEREFORE, the** Debtor requests the Motion to Approve Final Loan Modification Agreement with Select Portfolio Servicing, Inc ("Lender") be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the Debtor's Motion to approve Final Loan Modification Agreement with Select Portfolio Servicing, Inc was served by U.S, first class Mail, upon the parties listed below on July 21st, 2014, and all others set forth in the NEF.

                                  CORONA LAW FIRM, P.A.

                                  /s/ Ricardo Corona, Esq.
                                  RICARDO CORONA, ESQ.
                                  Florida Bar No.: 111333
                                  3899 NW 7 Street, Suite 202-B
                                  Miami, FL  33126
                                  Tel: (305) 266-1150
                                  Fax: (888) 554-5607
                                  E-mail: BK@coronapa.com

**Credit Mailing Matrix**
**Case No.: 13-21904-RAM**

| **Office of US Trustee** | **Nancy Neidich Trustee** | |
|---|---|---|
| 51 SW 1st Avenue, Ste 1204 | PO Box 279806 | **Daysi Fernandez** |
| Miami, FL 33130 | Miramar, FL 33027 | 11545 NW 92 Ave |
| | | Hialeah, FL 33018 |

**Select Portfolio Servicing**
c/o Gladstone Law Group, P.A.
Gary S. Blake
1499 W. Palmetto Park Road, Suite 300
Boca Raton, FL 33486