**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                          CASE NO.: 13-21904-RAM
**DAYSI FERNANDEZ**                              CHAPTER: 13

　　　　　　　**Debtors**　　　　　／

**ORDER GRANTING  EX-PARTE MOTION TO APPROVE FINAL MODIFCATION AGREEMENT WITH SELECT PORTFOLIO SERVICING, INC**

　　　　This matter came before the Court:

☒　　　On the Debtor's Ex Parte Motion to Approve Final Modification Agreement with Select Portfolio Servicing, Inc ("Lender").

☐　　　For hearing on _____ upon Self-Represented  Debtor's Motion to Approve Loss Mitigation Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Final Loss Mitigation Agreement is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Ricardo Corona, Esq. shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).

LMM-LF-14 (rev. 12/01/13)